UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MITCHELL PULIDO,<br><br>   Defendant. | 2:11-CR-00102-RLH-PAL<br><br><br>ORDER |

On March 18, 2011, the Federal Public Defender was appointed to represent Mitchell Pulido. The court granted Mr. Pulido's motion for appointment of new counsel on May 31, 2011, and ordered that new counsel be appointed..

Accordingly, IT IS HEREBY ORDERED that Kalani K. Hoo, Esq. is APPOINTED as counsel for Mitchell Pulido in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Hoo forthwith.

DATED this 31st day of May, 2011.

Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE