# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MITCHELL PULIDO,<br><br>　　　　　　　　Defendants. | 2:11-cr-00102-RLH-CWH<br><br>ORDER |

　　　Based on information provided in the MOTION FOR RETURN OF PROPERTY, and the Government's response to the Motion, the Court hereby:

　　　1.　　GRANTS the MOTION FOR RETURN OF PROPERTY, with the following limitations.

　　　2.　　Further, the Court orders that Francisco Pulido shall produce documentation to the United States proving that he is the lawful owner of the Ruger 9mm, Model P89DC handgun within 30 days.

　　　3.　　Finally, the United States shall return the aforementioned handgun 70 days after Defendant Mitchell Pulido is sentenced in the above-captioned matter.

　　　DATED this 29th day of MAY, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE ROGER L. HUNT
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

# **CERTIFICATE OF SERVICE**

I, Cristina D. Silva, certify that the following individual was mailed via a hard copy of the Government's Response to the MOTION FOR RETURN OF PROPERTY on this date by the below identified method of service:

Mr. Francisco Pulido
1818 Starstone Court
Henderson, NV 89014

DATED:     May 9, 2012

                                                                    //s//
                                          CRISTINA D. SILVA
                                          Assistant United States Attorney