FILED
SEP 25 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MITCHELL PULIDO,<br><br>    Defendant. | 2:11-CR-102-RLH (CWH) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT MITCHELL PULIDO**

On February 27, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant MITCHELL PULIDO, to the United States of America. Indictment, ECF No. 1; Minutes of Change of Plea Proceeding, ECF No. 34; Plea Memorandum, ECF No. 35; Preliminary Order of Forfeiture, ECF No. 37.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 37) is final as to defendant MITCHELL PULIDO.

DATED this 25 day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE