**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL PULIDO,<br><br>Defendant. | Case No. 2:11-cr-00102-APG-CWH<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT CRIMINAL CONVICTION AND SENTNCE PURSUANT TO 28 U.S.C. § 2255** |

Defendant Michael Pulido has filed a motion under 28 U.S.C. § 2255 seeking to set aside his sentence and to calculate and impose a new sentence. ECF Nos. 70, 73. The United States shall file a response to the motion, if it has any, no later than March 6, 2017. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 1st day of February, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE