# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00102-APG-CWH |
|---|---|
| Plaintiff | **Order for Status Regarding Renewed Motion to Vacate** |
| v. | |
| MITCHELL PULIDO, | |
| Defendant | |

I ORDER the parties to confer on whether defendant Mitchell Pulido's renewed motion to vacate under 28 U.S.C. § 2255 (ECF No. 88) is moot. By April 16, 2021, the parties shall file a joint status report stating whether it is moot or, if not, why they believe it is not moot and proposing a briefing schedule for resolving this motion.

DATED this 24th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE