# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00102-APG-CWH |
| Plaintiff | **Order for Status Regarding Renewed Motion to Vacate** |
| v. | |
| MITCHELL PULIDO, | |
| Defendant | |

I ORDER the parties to file a status report regarding defendant Mitchell Pulido's renewed motion to vacate under 28 U.S.C. § 2255 (ECF No. 88) by January 17, 2022.

DATED this 5th day of January, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE