# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

          Plaintiff,

v.

Mitchell Pulido

          Defendant.

JUDGMENT

Case Number: 2:11-cr-00102-APG-CWH

(Related case: 2:20-cv-01180-APG )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED as moot.

1/13/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk